## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Coleen Rowley, William "Bill" Sorem, Fiona Roedl, Darlene Coffman, Janice Ward, David Evenhouse, Amy Blumenshine, Mike Madden, Carol Walker, John Varone, Ahmed Tharwat, John Doe (on behalf of themselves and all others similarly situated),<br><br>  Plaintiffs,<br><br>vs.<br><br>Brad Finstad, Angie Craig, Dean Phillips, Betty McCollum, Tom Emmer, Michelle Fischbach, Pete Stauber, Amy Klobuchar, Tina Smith, Lloyd J. Austin Iii; Pete Hegseth (in their official capacities),<br><br>  Defendants. | Court File No. 25-cv-2059 (ECT/LIB)<br><br><br><br>**ORDER** |

On December 10, 2025, the parties filed a Stipulation Requesting Leave of Court to Amend Complaint [Docket No. 31]. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Plaintiffs' Motion to Amend Complaint [Docket No. 29] is **DENIED as moot;**

2. The parties' Stipulation Requesting Leave of Court to Amend Complaint [Docket No. 31] is **APPROVED;**

3. The Plaintiffs shall file their Amended Complaint as found at Docket No. 31-1, within five (5) days of the date of this Order; and

4.       The Defendants shall answer or otherwise respond to the Amended Complaint within twenty-one (21) days after it is filed on CM/ECF.

DATED: December 11, 2025                      s/Leo I. Brisbois
                                                       Hon. Leo I. Brisbois
                                                       U.S. MAGISTRATE JUDGE