# UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Coleen Rowley, William Sorem, Fiona Roedl, Darlene Coffman, Janice Ward, David Evenhouse, Ahmed Tharwat, Mike Madden, Carol Walker, John Doe, Amy Blumenshine<br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>Brad Finstad, Angie Craig, Dean Phillips, Betty McCollum, Tom Emmer, Michelle Fischbach, Pete Stauber, Amy Klobuchar, Tina Smith, Pete Hegseth, Lloyd J. Austin, III<br>　　　　　　　　　　Defendants. | **CLERK'S ENTRY OF DEFAULT**<br><br>Case Number:  25-cv-02059-ECT-LIB |

It appearing that defendant(s) Brad Finstad, Angie Craig, Dean Phillips, Betty McCollum, Tom Emmer, Michelle Fischbach, Pete Stauber, Amy Klobuchar, Tina Smith, Pete Hegseth, Lloyd J. Austin, III are in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiffs, Coleen Rowley, William Sorem, Fiona Roedl, Darlene Coffman, Janice Ward, David Evenhouse, Ahmed Tharwat, Mike Madden, Carol Walker, John Doe, Amy Blumenshine

　　DEFAULT IS HEREBY ENTERED against Brad Finstad, Angie Craig, Dean Phillips, Betty McCollum, Tom Emmer, Michelle Fischbach, Pete Stauber, Amy Klobuchar, Tina Smith, Pete Hegseth, Lloyd J. Austin, III

　　　　　　　　　　　　　　　　　　　　　　　　KATE M. FOGARTY, CLERK

Date: 2/9/2026