RECEIVED

APR 1 5 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

COLEEN ROWLEY, WILLIAM
"BILL" SOREM, FIONA ROEDL,
DARLENE COFFMAN, JANICE
WARD, DAVID EVENHOUSE, AMY
BLUMENSHINE, MIKE MADDEN,
CAROL WALKER, and JOHN DOE
(on behalf of themselves and all others
similarly situated)

Plaintiffs pro se,

vs.

**CERTIFICATE OF
COMPLIANCE**

BRAD FINSTAD, ANGIE CRAIG,
DEAN PHILLIPS, BETTY
MCCOLLUM, TOM EMMER,
MICHELLE FISCHBACH, PETE
STAUBER, AMY KLOBUCHAR,
TINA SMITH, LLOYD J. AUSTIN III
and PETE HEGSETH;

Defendants,

1

SCANNED
APR 1 5 2026
U.S. DISTRICT COURT MPLS

The undersigned pro se Plaintiffs certify that this memorandum complies with the type-volume limitation of D. Minn. LR 7.1(f) and the type size limitation of D. Minn. LR 7.1(h). Without counting the Tables, Exhibit and Signature Pages, the memorandum has 11,793 words, font size 14. The memorandum was prepared using Microsoft Word, which includes all text, including headings, footnotes and quotations in the word count.

Dated April 15, 2026

_Coleen Rowley_

Coleen Rowley, pro se Plaintiff

193 Beaumont Ct.

Apple Valley, MN 55124

Tel. 952 393-0914

Email: rowleyclan@earthlink.net

And pro se Plaintiffs' signatures of Sorem, Roedl, Coffman, Blumenshine, Ward, Evenhouse, Walker and Madden attached

**Re: PLAINTIFFS' MEMORANDUM OPPOSING DEFENDANTS' MOTION TO DISMISS AND IN SUPPORT OF DECLARATORY JUDGMENT AND/OR EVIDENTIARY HEARING SOUGHT BY PLAINTIFFS**

(Signature below, if not in original ink, then original ink signature is maintained by the undersigned for any later Court inspection.)

DATED: *April 15, 2024*

Signature of Plaintiff /s/ *William M. Sorem*

Printed Name *William M. Sorem*

Mailing Address *1430 Stewart Lane*

*Minnetonka, MN 55345*

Telephone Number *952-239-1169*

Email address *bill_sorem@me.com*

**Re: PLAINTIFFS' MEMORANDUM OPPOSING DEFENDANTS'
MOTION TO DISMISS AND IN SUPPORT OF DECLARATORY
JUDGMENT AND/OR EVIDENTIARY HEARING SOUGHT BY
PLAINTIFFS**

(Signature below, if not in original ink, then original ink signature is maintained by
the undersigned for any later Court inspection.)

DATED: 4/15/2026

Signature of Plaintiff /s/ _Fiona L Roedl_

Printed Name _Fiona L Roedl_

Mailing Address _4520 33rd Ave S._
_Minneapolis MN 55406_

Telephone Number _612 242 1999_

Email address _fionaroedl@gmail.com_

**Re: PLAINTIFFS' MEMORANDUM OPPOSING DEFENDANTS' MOTION TO DISMISS AND IN SUPPORT OF DECLARATORY JUDGMENT AND/OR EVIDENTIARY HEARING SOUGHT BY PLAINTIFFS**

(Signature below, if not in original ink, then original ink signature is maintained by the undersigned for any later Court inspection.)

DATED: 4/15/26

Signature of Plaintiff /s/ *Amy A. Blumenshine*

Printed Name *Amy A. Blumenshine*

Mailing Address *3156 Elliot Ave. S, Minneapolis, MN 55407*

Telephone Number *(612) 822-6059*

Email address *amyblumenshine@mac.com*

**Re: PLAINTIFFS' MEMORANDUM OPPOSING DEFENDANTS' MOTION TO DISMISS AND IN SUPPORT OF DECLARATORY JUDGMENT AND/OR EVIDENTIARY HEARING SOUGHT BY PLAINTIFFS**

(Signature below, if not in original ink, then original ink signature is maintained by the undersigned for any later Court inspection.)

DATED: 4/15/2026

Signature of Plaintiff /s/ _Janice Ward_

Printed Name _NANICE WARD_

Mailing Address _48063 Big Isl Rd_

_MARCell, MN 56657_

Telephone Number _218-832-3946_

Email address _Forgetmenot @ BigFork. Net_

**Re: PLAINTIFFS' MEMORANDUM OPPOSING DEFENDANTS' MOTION TO DISMISS AND IN SUPPORT OF DECLARATORY JUDGMENT AND/OR EVIDENTIARY HEARING SOUGHT BY PLAINTIFFS**

(Signature below, if not in original ink, then original ink signature is maintained by the undersigned for any later Court inspection.)

DATED: 4-15-26

Signature of Plaintiff /s/ _David G Evenhouse_

Printed Name _David G. Evenhouse_

Mailing Address _48063 N. Big Island Rd_
_Marcell MN 56657_

Telephone Number _218-832-3946_

Email address _devenhouse48@gmail.com_

**Re: PLAINTIFFS' MEMORANDUM OPPOSING DEFENDANTS' MOTION TO DISMISS AND IN SUPPORT OF DECLARATORY JUDGMENT AND/OR EVIDENTIARY HEARING SOUGHT BY PLAINTIFFS**

(Signature below, if not in original ink, then original ink signature is maintained by the undersigned for any later Court inspection.)

DATED: April 15, 2026

Signature of Plaintiff /s/ *Darlene M. Coffman*

Printed Name  Darlene M. Coffman

Mailing Address  1019 Chalet Drive NW
Rochester, MN 55901

Telephone Number  507-513-1736

Email address  darlenecoffman@yahoo.com

**Re: PLAINTIFFS' MEMORANDUM OPPOSING DEFENDANTS' MOTION TO DISMISS AND IN SUPPORT OF DECLARATORY JUDGMENT AND/OR EVIDENTIARY HEARING SOUGHT BY PLAINTIFFS**

(Signature below, if not in original ink, then **original** ink signature is maintained by the undersigned for any later Court inspection.)

DATED: 4/15/2026

Signature of Plaintiff /s/ _Carol J. Walker_

Printed Name _Carol J. Walker_

Mailing Address _1311 Earl St._

_St. Paul, MN 55106_

Telephone Number _651-774-5795_

Email address _carolwalks4@gmail.com_

**Re: PLAINTIFFS' MEMORANDUM OPPOSING DEFENDANTS' MOTION TO DISMISS AND IN SUPPORT OF DECLARATORY JUDGMENT AND/OR EVIDENTIARY HEARING SOUGHT BY PLAINTIFFS**

(Signature below, if not in original ink, then original ink signature is maintained by the undersigned for any later Court inspection.)

DATED: April 15, 2026

Signature of Plaintiff /s/ _Michael J. Madden_

Printed Name _Michael J. Madden_

Mailing Address _1768 Iglehart Avenue_
_Saint Paul, MN 55104_

Telephone Number _651-644-2288_

Email address _mike@mudpuppies.net_