UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Coleen Rowley, William "Bill" Sorem, Fiona Roedl, Darlene Coffman, Janice Ward, David Evenhouse, Amy Blumenshine, Mike Madden, Carol Walker, and John Doe, *on behalf of themselves and all others similarly situated*,

        Plaintiffs,

v.

Brad Finstad, Angie Craig, Dean Phillips, Betty McCollum, Tom Emmer, Michelle Fischbach, Pete Stauber, Amy Klobuchar, Tina Smith, Lloyd J. Austin III, and Pete Hegseth,

        Defendants.

File No. 25-cv-2059 (ECT/LIB)

**ORDER**

---

The matter is before the Court on Plaintiffs' motion for leave to file a sur-reply. ECF No. 58. Attached to the motion is their proposed sur-reply, in which Plaintiffs respond to Defendants' argument regarding a Ninth Circuit case cited in Defendants' opening brief, Plaintiffs' opposition memorandum, and Defendants' reply brief. ECF No. 58-1 at 2; *see* ECF No. 51 at 7–8; ECF No. 56 at 11, 47; ECF No. 57 at 1–2; *Def. for Child. Int'l-Pal.*, 107 F.4th 926 (9th Cir. 2024). Plaintiffs do not argue that Defendants raised new arguments in their reply brief.

Sur-replies are disfavored. *Cornice & Rose Int'l, LLC v. Four Keys, LLC*, 76 F.4th 1116, 1123 (8th Cir. 2023). And they are "unwarranted where the reply responds to the arguments in the resistance and does not raise new arguments." *Fleshner v. Tiedt*,

No. 15-cv-2033-CJW, 2019 WL 271619, at *2 (N.D. Iowa Jan. 18, 2019). Defendants' reply brief responds to Plaintiffs' arguments in compliance with Local Rule 7.1(c)(3)(B). Based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.    Plaintiffs' Motion for Leave of Court to File a Sur-reply and to Correctly Comply with Minnesota Local Rule 7.1 [ECF No. 58] is **DENIED**.

2.    The Clerk is directed to strike Plaintiffs' Proposed Sur-reply [ECF No. 58-1] from the docket.

Dated:  May 11, 2026                                    s/ Eric C. Tostrud
                                                                    Eric C. Tostrud
                                                                    United States District Court

2