# UNITED STATES DISTRICT COURT

## District of Minnesota

Coleen Rowley, William Sorem, Fiona Roedl, Darlene Coffman, Janice Ward, David Evenhouse, Mike Madden, Carol Walker, John Doe, Amy Blumenshine,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

v.

Case Number: 25-cv-2059 (ECT/LIB)

Brad Finstad, Angie Craig, Dean Phillips, Betty McCollum, Tom Emmer, Michelle Fischbach, Pete Stauber, Amy Klobuchar, Tina Smith, Pete Hegseth, Lloyd J. Austin, III,

Defendants.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion to Dismiss [ECF No. 50] is **GRANTED**.

2. Plaintiffs' Amended Complaint [ECF No. 34] is **DISMISSED WITHOUT PREJUDICE**.

Date: 7/13/2026

KATE M. FOGARTY, CLERK